COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-336-CR

CIPRIANO RAMON ALMANZA III APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 372
ND
 
DISTRICT COURT OF 
TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). PER CURIAM

PANEL: 
GARDNER
, WALKER
, and MCCOY
, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 
47.2(b)

DELIVERED: October 15, 2009
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 
47.4.